IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN SCHUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:10CV222 |
| | ) | |
| QUANTA SPECIALTY LINES | ) | ORDER |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has reviewed the defendant's objection to plaintiff's request for trial in Lincoln (Filing 20) and plaintiff's response thereto (Filing 22). Plaintiff requested a jury trial (see Filings 1 & 17), defendant wants the trial to be held in Omaha (see Filing 1, Notice of Removal), and plaintiff has no preference as to whether the jury trial is held in Omaha or Lincoln.

IT IS ORDERED that this case will be tried to a jury in Omaha, Nebraska.

DATED August 17, 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge