IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRIAN SCHUSTER,** | ) | **CASE NO. 8:10CV222** |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| **QUANTA SPECIALTY LINES INSURANCE COMPANY,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant Quanta Specialty Lines Insurance Company's Motion for Leave to File Notice of Supplemental Authority (Filing No. 53). The Motion is granted and the supplemental authority submitted will be considered by the Court in connection with the Defendant's Motion for Judgment on the Pleadings. Plaintiff Brian Schuster may file a brief addressing the supplemental authority on or before May 2, 2011; and the Motion for Judgment on the Pleadings (Filing No. 36) will be ripe for the Court's decision on May 3, 2011.

IT IS ORDERED:

1. Defendant Quanta Specialty Lines Insurance Company's Motion for Leave to File Notice of Supplemental Authority (Filing No. 53) is granted;

2. Plaintiff Brian Schuster may file a brief addressing the supplemental authority on or before May 2, 2011; and

3. Defendant Quanta Specialty Lines Insurance Company's Motion for Judgment on the Pleadings (Filing No. 36) will be ripe for decision on May 3, 2011.

DATED this 19th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge