# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRIAN SCHUSTER,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV222 |
| | ) | |
| V. | ) | |
| | ) | |
| **QUANTA SPECIALTY LINES INSURANCE COMPANY,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on attorney Rachel K. Alexander's Motion to Withdraw as counsel of record for Plaintiff Brian J. Schuster (filing 61). For the reasons stated in the Motion, the court finds good cause to allow Ms. Alexander to withdraw.

**IT IS ORDERED:**

1. Rachel K. Alexander's Motion to Withdraw (filing 61) is granted.

2. The Clerk shall terminate the appearance of Rachel K. Alexander as Plaintiff's counsel.

3. The Clerk shall terminate future notices to Rachel K. Alexander in this matter.

**DATED June 8, 2011.**

> **BY THE COURT:**
> **S/ F.A. Gossett**
> **United States Magistrate Judge**